No. 93–9474. BERRYMAN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–9787. CALDWELL *v.* FELLIN. C. A. 3d Cir. Certiorari denied.

No. 94–138. MILONE *v.* CAMP, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94–355. ROBERTSON *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–358. DUCHESNE COUNTY ET AL. *v.* ARNOLD. C. A. 10th Cir. Certiorari denied.

No. 94–393. GUETERSLOH *v.* TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–458. LOCAL 783, BRIDGE STRUCTURAL & ORNAMENTAL IRON WORKERS *v.* BE&K CONSTRUCTION CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–461. VENNES *v.* AN UNKNOWN NUMBER OF UNIDENTIFIED AGENTS OF THE UNITED STATES OF AMERICA. C. A. 8th Cir. Certiorari denied.

No. 94–481. OLIVEIRA ET AL. *v.* MAYER ET AL.; and
No. 94–526. MAYER ET AL. *v.* OLIVEIRA ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–520. SULLINS *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 94–529. LOT 5, FOX GROVE, ALACHUA COUNTY, FLORIDA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–539. UNITED PARCEL SERVICE, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 94–540. COUNTY OF FULTON ET AL. *v.* WHALEN, INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF WHALEN, AN INFANT, ET AL. C. A. 2d Cir. Certiorari denied.